# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CURTIS THOMAS, | Civil No. 3:21-cv-1438 |
| Plaintiff | (Judge Mariani) |
| v. | |
| SUPERINTENDENT LOUIS FOLINO, et al., | |
| Defendants | |

## ORDER

**AND NOW,** this 11th day of April, 2022, upon consideration of Plaintiff's motion (Doc. 17) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motion (Doc. 17) is **DENIED** without prejudice.

Robert D. Mariani
United States District Judge