IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CURTIS THOMAS, | : | Civil No. 3:21-cv-1438 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| SUPERINTENDENT LOUIS FOLINO, et al., | : | |
| Defendants | : | |

## ORDER

AND NOW, this 22ⁿᵈ day of April, 2022, upon consideration of Defendants' motion (Doc. 15) to dismiss, and the parties' respective briefs in support of and opposition to said motion, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 15) is **GRANTED**. The second amended complaint is **DISMISSED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge